# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| Rachel E. Alton, | Case No. 2:23-cv-01323-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff resides in Dayton, Nevada. *See* (ECF No. 1-1 at 1). Dayton is within the unofficial northern division of this District. LR IA 1-6. Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings.** The Clerk of Court is kindly directed to **transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

**IT IS SO ORDERED.**

DATED: August 30, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE